# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151948

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MICKEY HICKS,
        Defendant-Appellant.

SC: 151948
COA: 324944
Oakland CC: 07-213264-FH

_____/

      On order of the Court, the application for leave to appeal the May 20, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016



Clerk

s0829